| Fill in this information to identify the case: |
|---|
| United States Bankruptcy Court for the: **Northern District of Texas** |
| Case number (if known): _____   Chapter **11** |

☐ Check if this is an amended filing

## Official Form 201

## Voluntary Petition for Non-Individuals Filing for Bankruptcy                             04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

**1. Debtor's name**

Xtreme Sports Group Chattanooga, LLC

**2. All other names debtor used in the last 8 years**

Include any assumed names, trade names, and *doing business as* names

**3. Debtor's federal Employer Identification Number (EIN)**

8 3 – 4 6 8 8 5 9 9

**4. Debtor's address**

Principal place of business:

2020 Gunbarrel Rd
Number    Street

Chattanooga, TN 37421
City    State    ZIP Code

Hamilton
County

Mailing address, if different from principal place of business:

PO Box 4429
Number    Street

Chattanooga, TN 37405
City    State    ZIP Code

Location of principal assets, if different from principal place of business:

_____
Number    Street

_____
City    State    ZIP Code

**5. Debtor's website (URL)**

**6. Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor **Xtreme Sports Group Chattanooga, LLC**     Case number *(if known)* _____

Name

| | |
|---|---|
| **7. Describe debtor's business** | A. *Check one:*<br>❏ Health Care Business (as defined in 11 U.S.C. § 101(27A))<br>❏ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))<br>❏ Railroad (as defined in 11 U.S.C. §101(44))<br>❏ Stockbroker (as defined in 11 U.S.C. § 101(53A))<br>❏ Commodity Broker (as defined in 11 U.S.C. § 101(6))<br>❏ Clearing Bank (as defined in 11 U.S.C. §781(3))<br>☑ None of the above<br><br>B. *Check all that apply:*<br>❏ Tax-exempt entity (as described in 26 U.S.C. §501)<br>❏ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)<br>❏ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))<br><br>C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes . <br>___ ___ ___ ___ |
| **8. Under which chapter of the Bankruptcy Code is the debtor filing?** | *Check one:*<br>❏ Chapter 7<br>❏ Chapter 9<br>☑ Chapter 11. *Check all that apply:*<br>   ☑ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).<br>   ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).<br>   ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.<br>   ❏ A plan is being filed with this petition.<br>   ❏ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).<br>   ❏ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.<br>   ❏ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.<br>❏ Chapter 12 |
| **9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**<br>If more than 2 cases, attach a separate list. | ☑ No<br>❏ Yes. District _____ When ___/___/____ Case number _____<br>        District _____ When ___/___/____ Case number _____<br>                    MM / DD / YYYY |
| **10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**<br>List all cases. If more than 1, attach a separate list. | ☑ No<br>❏ Yes. Debtor _____ Relationship _____<br>       District _____ When ___/___/____<br>       Case number, if known _____ |

Debtor  **Xtreme Sports Group Chattanooga, LLC**     Case number *(if known)* _____
      Name

| | |
|---|---|
| **11. Why is the case filed in *this district*?** | *Check all that apply:*<br>☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No<br>☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br>**Why does the property need immediate attention?** *(Check all that apply.)*<br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>    What is the hazard? _____<br>☐ It needs to be physically secured or protected from the weather.<br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>☐ Other _____<br>**Where is the property?** _____<br>    Number  Street<br>    City  State  ZIP Code<br>**Is the property insured?**<br>☐ No<br>☐ Yes.  Insurance agency _____<br>    Contact name _____<br>    Phone _____ |

### Statistical and administrative information

| | |
|---|---|
| **13. Debtor's estimation of available funds?** | *Check one:*<br>☐ Funds will be available for distribution to unsecured creditors.<br>☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
| **14. Estimated number of creditors** | ☑ 1-49   ☐ 50-99   ☐ 1,000-5,000   ☐ 5,001-10,000   ☐ 25,001-50,000   ☐ 50,000-100,000<br>☐ 100-199   ☐ 200-999   ☐ 10,001-25,000   ☐ More than 100,000 |
| **15. Estimated assets** | ☐ $0-$50,000      ☐ $1,000,001-$10 million      ☐ $500,000,001-$1 billion<br>☐ $50,001-$100,000      ☐ $10,000,001-$50 million      ☐ $1,000,000,001-$10 billion<br>☐ $100,001-$500,000      ☐ $50,000,001-$100 million      ☐ $10,000,000,001-$50 billion<br>☑ $500,001-$1 million      ☐ $100,000,001-$500 million      ☐ More than $50 billion |

Debtor  **Xtreme Sports Group Chattanooga, LLC**                                    Case number *(if known)* _____
　　　　Name

| 16. Estimated liabilities | ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

■ I have been authorized to file this petition on behalf of the debtor.

■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **10/01/2025**
　　　　　　　 MM/ DD/ YYYY

X  **/s/ Thomas Fox**　　　　　　　　　　　　　　　　　　　**Thomas Fox**
Signature of authorized representative of debtor　　　　　　Printed name

Title  **Manager**

**18. Signature of attorney**

X  **/s/ Robert T DeMarco**　　　　　　　　　Date  **10/01/2025**
Signature of attorney for debtor　　　　　　　　　　　　　　MM/ DD/ YYYY

**Robert T DeMarco**
Printed name

**DeMarco Mitchell, PLLC**
Firm name

**12770 Coit Road, Suite 850**
Number　　Street

**Dallas**　　　　　　　　　　　　　　　　　　　　　**TX**　　　　**75251**
City　　　　　　　　　　　　　　　　　　　　　　　　　State　　　ZIP Code

**(972) 991-5591**　　　　　　　　　　　　　　　**robert@demarcomitchell.com**
Contact phone　　　　　　　　　　　　　　　　　　Email address

**24014543**　　　　　　　　　　　　　　　　　　　**TX**
Bar number　　　　　　　　　　　　　　　　　　　　State

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Xtreme Sports Group Chattanooga, LLC |
| United States Bankruptcy Court for the: | Northern District of Texas |
| Case number (if known): | |

☐ Check if this is an amended filing

Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Perry Charter<br>PO Box 765<br>Arbuckle, CA 95912 | | Monies Lent | | | | $457,656.39 |
| 2 | Thomas Fox<br>PO Box 4429<br>Chattanooga, TN 37405 | | Monies Lent | | | | $242,449.75 |
| 3 | Leaf Capital Funding LLC<br>Leaf Capital Funding LLC<br>Nottingham, MD 21236 | | MCA | Contingent<br>Disputed<br>Unliquidated | | | $144,225.36 |
| 4 | Craig and Amy Peter<br>11290 Suger Mill Lane<br>Frisco, TX 75033 | | Monies Lent | | | | $139,586.71 |
| 5 | Dustin King<br>1397 Briar Hollow<br>Frisco, TX 75033 | | Monies Lent | | | | $129,704.29 |
| 6 | UATP (Urban Air)<br>2350 Airpot Freeway<br>Bedford, TX 76022 | | Franchisor | Disputed<br>Unliquidated | | | $95,400.00 |
| 7 | US Foods<br>200 TN-69<br>Paris, TN 38242 | | Vendor | | | | $8,229.86 |
| 8 | UATP (Urban Air)<br>2350 Airpot Freeway<br>Bedford, TX 76022 | | Franchisor | Contingent<br>Disputed<br>Unliquidated | | | $5,655.52 |

Debtor  **Xtreme Sports Group Chattanooga, LLC**  Case number *(if known)*
Name

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | The Icee Company  PO Box 51527  Los Angeles, CA 90051 | | Vendor | | | | $3,977.04 |
| 10 | Continental Battery Company  PO Box 736801  Dallas, TX 75373 | | Vendor | | | | $3,942.70 |
| 11 | Lee Company  2801 Dodds Ave Suite D  Chattanooga, TN 37407 | | Vendor | | | | $2,843.90 |
| 12 | PDQ Sales and Service  PO Box 634  Chattanooga, TN 37421 | | Vendor | | | | $475.20 |
| 13 | | | | | | | |
| 14 | | | | | | | |
| 15 | | | | | | | |
| 16 | | | | | | | |
| 17 | | | | | | | |
| 18 | | | | | | | |
| 19 | | | | | | | |
| 20 | | | | | | | |

Official Form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    page 2

**Fill in this information to identify the case:**

Debtor name      **Xtreme Sports Group Chattanooga, LLC**

United States Bankruptcy Court for the:
**Northern District of Texas**

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors     12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐ *Schedule H: Codebtors* (Official Form 206H)

☐ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206A-Summary)

☐ *Amended Schedule* _____

☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☑ Other document that requires a declaration   **List of Equity Security Holders**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **10/01/2025**
              MM/ DD/ YYYY

X **/s/ Thomas Fox**
Signature of individual signing on behalf of debtor

**Thomas Fox**
Printed name

**Manager**
Position or relationship to debtor

Official Form B202        Declaration Under Penalty of Perjury for Non-Individual Debtors

**5 Star Bank SBA**
3100 Zinfandale Dr Ste 650
Rancho Cordova, CA 95670

**BDA**
PO Box 31001-2214
Pasadena, CA 91110-2214

**Chattanooga Treasurer**
101 E 11th Street Ste 100
Chattanooga, TN 37402

**Continental Battery Company**
PO Box 736801
Dallas, TX 75373

**Craig and Amy Peter**
11290 Suger Mill Lane
Frisco, TX 75033

**Dallas County Tax-Assessor Collector**
500 Elm Street
Dallas, TX 75202

**Dustin King**
1397 Briar Hollow
Frisco, TX 75033

**Hamilton County Clerk and Master**
300 Courthouse @ 625 Georgia Ave
Chattanooga, TN 37402

**Hamilton County Trustee**
625 Georgia Ave Room 210
Nashville, TN 37242

**Internal Revenue Service**
Centralized Insolvency Operations
P.O. Box 7346
Philadelphia, PA 19101-7346

**Leaf Capital Funding LLC**
Leaf Capital Funding LLC
Nottingham, MD 21236

**Lee Company**
2801 Dodds Ave Suite D
Chattanooga, TN 37407

**Office of the United States Trustee**
Earle Cabell Federal Building
1100 Commerce Street Room 976
Dallas, TX 75242

**PDQ Sales and Service**
PO Box 634
Chattanooga, TN 37421

**Pepsi**
PepsiCo Accounts Receivable
1100 Reynolds Blvd.
Winston Salem, NC 27105

**Pepsi**
PO Box 841828
Dallas, TX 75284

**Perry Charter**
PO Box 765
Arbuckle, CA 95912

**Simmons Bank**
Simmons Bank
Pine Bluff, AR 71611

**Tennessee Department of Revenue**
500 Deadrick Street
Chattanooga, TN 37402

**Texas Attorney General's Office**
Bankruptcy Collection Division
PO Box 12548
Austin, TX 78711-2548

**Texas Comptroller of Public Account**
C/O Office of the Attorney General
Bankruptcy-Collections Division
PO Box 12548, MC-008
Austin, TX 78711-2548

**The Icee Company**
PO Box 51527
Los Angeles, CA 90051

**Thomas Fox**
PO Box 4429
Chattanooga, TN 37405

**Thomas Fox**
PO Box 4429
Chattanooga, TN 37405

**TN Dept. of Labor**
**Unemployment Office**
220 French Landing Drive
Nashville, TN 37243

**UATP (Urban Air)**
2350 Airpot Freeway
Bedford, TX 76022

**United States Attorney**
Northern District of Texas
1100 Commerce Street, 3rd Fl.
Dallas, TX 75242-1699

**US Foods**
200 TN-69
Paris, TN 38242

**IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

IN RE: **Xtreme Sports Group Chattanooga, LLC**

CASE NO

CHAPTER **11**

**VERIFICATION OF CREDITOR MATRIX**

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date **10/01/2025**    Signature    **/s/ Thomas Fox**

Thomas Fox, Manager

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

IN RE:                                                         CHAPTER  11
**Xtreme Sports Group Chattanooga, LLC**

DEBTOR(S)                                                 CASE NO

**LIST OF EQUITY SECURITY HOLDERS**

| Registered Name of Holder of Security<br>Last Known Address or Place of Business | Class of Security | Number Registered | Kind of Interest Registered |
|---|---|---|---|
| **Thomas Fox**<br>PO Box 4429<br>Chattanooga TN 37405 | Interest | 33% | Managing Member |
| **Perry Charter**<br>PO Box 765<br>Arbuckle, CA 95912 | Interest | 19% | Member |
| **Dustin King**<br>1397 Briar Hollow<br>Frisco Texas 75033 | Interest | 20% | Member |
| **Craig & Amy Peter**<br>11290 Suger Mill Lane<br>Frisco, TX 75033 | Interest | 28% | Member |

**DECLARATION UNDER PENALTY OF PERJURY**
**ON BEHALF OF A CORPORATION OR PARTNERSHIP**

I, the _____**Manager**_____ of the _____**Nonpublic Corporation**_____ named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: **10/01/2025**                       Signature: **/s/ Thomas Fox**
                                                                            *Thomas Fox, Manager*